**No. 53451.**—Van Raalte Co. *v.* United States, protest 639153–G (New York).

Opinion by RAO, J.   The protest was dismissed.

BEFORE THE THIRD DIVISION, AUGUST 3, 1949

**No. 53452.**—Perry H. Chipurnoi et al. *v.* United States, protests 111899–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53453.**—William Adams, Inc., et al. *v.* United States, protests 144118–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53454.**—Charles R. Allen, Inc., et al. *v.* United States, protests 147163–K, etc. (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53455.**—Railway Express Agency, Inc. *v.* United States, protest 147370–K (New York).

Opinion by CLINE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53456.**—Nawi, Noonoo & Co. *v.* United States, protest 126198–K (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 53457.**—H. H. Issacoulian, Inc., et al. *v.* United States, protests 137914–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53458.**—L. Bamberger & Co. et al. *v.* United States, protests 141703–K, etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 53459.**—Albert Alfandari et al. *v.* United States, protests 147038–K (B), etc. (New York).

Opinion by EKWALL, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.